169 A.3d 971

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. JUAN TURNER, A/K/A JHUAN TURNER AND JUAN I. TURNER, DEFENDANT–PETITIONER.

June 2, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001705–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

169 A.3d 971

WILLIAM MUHA, PLAINTIFF–PETITIONER, v. KEAN UNIVERSITY, AN ENTITY AND DENMARK, INC. D/B/A FASTSIGNS, AN ENTITY IN NEW JERSEY, DEFENDANTS–RESPONDENTS.

June 2, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005411–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.